UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TERRY LANDRUM,

           Plaintiff,

    v.

KIM RUTLEDGE, *et al.*,

           Defendants.

Case No. 1:26-cv-02802-KES-CDB

ORDER TO PAY FILING FEE IN FULL OR SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*

**30-DAY DEADLINE**

Clerk of the Court to Serve IFP Application

Plaintiff Terry Landrum ("Plaintiff"), proceeding pro se, initiated this action with the filing of a complaint on April 13, 2026.  (Doc. 1).  Plaintiff did not pay the filing fee or file an application to proceed *in forma pauperis*.

A party instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $405.00, unless payment of such fee is excused through the Court's granting of a filing party's application to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1914.[1]

Here, Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $55. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule ⁋ 14 (eff. Dec. 1, 2023)).  The additional $55 administrative fee does not apply to persons granted leave to proceed *in forma pauperis*.

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that:

1.  The Clerk of the Court is directed to provide Plaintiff with an application to proceed *in forma pauperis*.

2.  **Within 30 days** from the date of service of this Order, Plaintiff SHALL:

    a.  Prepay the $405.00 filing fee in full;

        *or*

    b.  Submit the attached application to proceed *in forma pauperis*, completed and signed.

**Any failure by Plaintiff to timely comply with this Order will result in a recommendation that the action be dismissed without prejudice.**

IT IS SO ORDERED.

Dated:    **April 16, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2